In the Matter of a Plan of Readjustment, Modification and Reorganization of the Rights of the Holders of Mortgage Investments in a Certain Mortgage Covering Premises Known as No. 1256 East 13th Street, in the Borough of Brooklyn, City and State of New York, Guaranteed by HOME TITLE INSURANCE COMPANY and Designated as Loan Number 19613. (Plan No. 1572.) In the Matter of the Application of BROOKLYN TRUST COMPANY, as Trustee under Declaration of Trust Dated June 15th, 1936, for an Order Authorizing the Execution of an Extension Agreement. WALTER D. CRANE, FRANK H. CRANE and WILBUR H. CRANE, as Trustees under the Last Will and Testament of SUSAN H. CRANE, Deceased, THE TRUSTEES OF THE ESTATE BELONGING TO THE DIOCESE OF LONG ISLAND, METRO ESTATES, INC., and ABRAHAM NEUMANN, Appellants; BROOKLYN TRUST COMPANY, as Trustee under Declaration of Trust Dated June 15th, 1936, Respondent.— The trustee of this certificated mortgage made an application to be permitted to enter into an extension agreement extending and

modifying the bond and mortgage. The Special Term denied the application. Order modified on the law and the facts so as to provide that the application be granted, and as so modified affirmed, without costs. The holders of 94.3 per cent of the certificates having consented to the extension and modification and no certificate holder having objected, in our opinion it was an improper exercise of discretion to deny the application. Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ., concur. Settle order on notice.